UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSSIE GILES,<br><br>        Plaintiff,<br><br>   v.<br><br>G. FORNCROOK, et al.,<br><br>        Defendants. | Case No. 18-cv-07466-YGR (PR)<br><br>**ORDER DENYING MOTION FOR TRANSCRIPTS AS UNNECESSARY** |

On December 12, 2018, Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On March 1, 2021, the Court granted Defendants' motion for summary judgment, issued judgment, and closed the file. Dkts. 30-31.

Before the Court is Plaintiff's "Motion for Transcripts at Government['s] Expense," in which he requests "transcripts [of] matters discussed during district court oral hearing in Case [No.] 4:18-cv-07466 YGR (PR) at [the] government['s] expense." Dkt. 37 at 1. The Court did not conduct any hearings in the present action, therefore no transcripts exist. Accordingly, Plaintiff's motion for transcripts is DENIED as unnecessary. Instead, the Clerk of the Court shall send Plaintiff a copy of the Court's current docket.

This Order terminates Docket No. 37.

IT IS SO ORDERED.

Dated: September 20, 2020

                                              _____
                                              JUDGE YVONNE GONZALEZ ROGERS
                                              United States District Judge

cc: copy of docket sent to plaintiff. clerk